UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSHUA LEFFERS *et al.*,

    Plaintiffs,

vs.

DONALD WOODBRIDGE, *et al.*,

    Defendants.

Case No. 3:18-cv-408

Magistrate Judge Michael J. Newman
(Consent Case)

---

**ORDER AND ENTRY: (1) DISMISSING THIS CASE WITH PREJUDICE; AND (2) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

The Court, having been advised that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated. Within forty-five (45) days, the parties may move to substitute this Order and Entry with a proposed dismissal entry agreed upon by the parties. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement, if necessary.

    **IT IS SO ORDERED.**


Date:   October 18, 2019                             s/ Michael J. Newman
                                                                                  Michael J. Newman
                                                                                  United States Magistrate Judge